**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WAAZEER NELLDELL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MSI CREDIT SOLUTIONS, LLC,<br>Sometimes d/b/a HomePath 360,<br><br>　　　　Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1332(a)(1), 1441, and 1446, Defendant MSI Credit Solutions, LLC hereby gives notice of the removal of this action from the State Court of DeKalb County, Georgia, No. 21A01743, to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of this Notice of Removal, MSI Credit Solutions respectfully shows the following:

### THE STATE COURT ACTION AND THE PARTIES

1.　Plaintiff Waazeer Nelldell is a former job applicant who alleges he was denied employment with Defendant.

2.　On April 8, 2021, Plaintiff filed this action against Defendant in the State Court of DeKalb County, Georgia. Summons and Complaint, Ex. A.

3.	Defendant received a copy of Plaintiff's Complaint on April 20, 2021.

## VENUE AND PROCEDURE FOR REMOVAL

4.	Defendant's removal of this action is timely because this Notice of Removal is filed within 30 days after Defendant received a copy of Plaintiff's Complaint. *See* 28 U.S.C. § 1446(b)(1).

5.	A copy of this Notice of Removal will be served on Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

6.	Additionally, as required by 28 U.S.C. § 1446(a), copies of the documents that were served on Defendant are attached as Exhibit A to this notice. To the best of Defendant's knowledge, after reasonable inquiry, the contents of Exhibit A constitute the entire file for this action.

7.	Promptly after filing this Notice of Removal, Defendant will file a "Notice of Removal to Federal Court," a copy of which is attached as Exhibit B, with the State Court of DeKalb County, Georgia, and serve the same on Plaintiff's counsel. Attached to that Notice of Removal to Federal Court will be a copy of this Notice of Removal, as required by 28 U.S.C. § 1446(d).

8.	For purposes of this removal, venue is proper in this Court because it is the "district and division embracing the place where [the removed] action is pending." 28 U.S.C. § 1441(a). Plaintiff filed the action in the State Court of DeKalb

County, Georgia, which is located within the Atlanta Division of the U.S. District Court for the Northern District of Georgia. 28 U.S.C. § 90(a)(2).

9. Defendant consents to this removal.

10. Defendant has satisfied the prerequisites and procedures for removal under 28 U.S.C. §§ 1441 and 1446. If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present briefing, oral argument, and evidence as needed to show that this case is removable and that Defendant's removal is proper.

11. Defendant expressly reserves its right to raise all defenses in this action, including lack of personal jurisdiction.

## GROUNDS FOR REMOVAL

12. Defendant removes this action under 28 U.S.C. § 1441 because this Court has original jurisdiction of the subject matter under 28 U.S.C. §§ 1331 and 1332.

13. Under 28 U.S.C. § 1331, this Court has original jurisdiction over complaints alleging causes of action that arise under federal law.

14. Here, federal-question jurisdiction exists under 28 U.S.C. § 1331 because Plaintiff's complaint alleges claims for relief under the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq. See* Compl. ¶¶ 2, 38–54.

15. Under 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over civil actions between citizens of different States where the amount in controversy exceeds $75,000, exclusive of interest and costs.

16. Here, diversity jurisdiction exists under 28 U.S.C. § 1332(a)(1) because the parties are completely diverse and the total alleged amount in controversy exceeds $75,000. Plaintiff is a citizen Georgia. Defendant is a citizen of Texas because it is a limited liability company with two members, each of whom are natural persons and are citizens of Texas.

17. As this Court has original jursisidction under 28 U.S.C. §§ 1331 and 1332(a)(1), this action is removable and is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant respectfully gives notice that this action is hereby removed from the State Court of DeKalb County, Georgia, to this Court and that further proceedings shall be conducted in this Court as provided by law.

Respectfully submitted this 20th day of May, 2021.

    */s/ James W. Cobb*
    James W. Cobb
    Georgia Bar No. 420133
    Cameron B. Roberts
    Georgia Bar No. 599839
    **CAPLAN COBB LLP**
    75 Fourteenth Street, NE, Suite 2750
    Atlanta, Georgia 30309

(404) 596-5600 – Office
(404) 596-5604 – Facsimile
*jcobb@caplancobb.com*
*croberts@caplancobb.com*

*Counsel for Defendant MSI Credit Solutions, LLC*

## CERTIFICATE OF SERVICE

The undersigned, on behalf of the Defendant, does hereby certify that he has this day served a true and correct copy of the foregoing NOTICE OF REMOVAL on all parties by causing a copy of the same to be delivered by electronic mail and by U.S. Mail, postage prepaid, upon the following:

Justin T. Holcombe
Kris Skaar
Georgia Bar No. 552100
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189

*Counsel for Plaintiff*

Respectfully submitted this 20th day of May, 2021.

/s/ James W. Cobb
James W. Cobb
Georgia Bar No. 420133
Cameron B. Roberts
Georgia Bar No. 599839
**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
(404) 596-5600 – Office
(404) 596-5604 – Facsimile
jcobb@caplancobb.com
croberts@caplancobb.com

*Counsel for Defendant MSI Credit Solutions, LLC*